

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of H.E.M.T. and          * From the 29th District
E.A.T., children,                              Court of Palo Pinto County,
                                                    Trial Court No. C44989.

No. 11-13-00335-CV                       * April 24, 2014

                                                 * Memorandum Opinion by Willson, J.
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no

error in the judgment below.   Therefore, in accordance with this court's opinion, the

judgment of the trial court is in all things affirmed.